GEORGE MUNRO, Appellant, *v.* ORMOND G. SMITH et al., Respondents.

(Argued October 12, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made February 12, 1891, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Roger Foster* for appellant.

*Archibald L. Sessions* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.